# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Violation of Probation

**Name of Offender:** NOE MURILLO CHAVEZ   **Docket Number:** 1: 14-MJ-00112 SAB

**Name of Sentencing Judicial Officer:** United States Magistrate Judge Stanley A. Boone

**Date of Original Sentence:** 9/3/2014

**Original Offense:** 36 CFR § 2.35(b)(2)- Public Intoxication

**Original Sentence:** Unsupervised probation for 12 months to expire on September 4, 2015. As condition of probation; obey all laws; pay a fine in the amount of $400.00, penalty assessment of $10.00; and perform 50 hours of community service by March 4, 2015.

**Type of Supervision:** Unsupervised **by Probation Office**

**Date Supervision Commenced:** 9/3/2014

**Other Court Actions:** None

| Charge Number | Nature of Violation |
|---|---|

1. Failure to Timely Complete Community Service

On September 3, 2014, the defendant was ordered to complete 50 hours of community service by March 3, 2015.

The defendant failed to complete the full community service obligation by that time.

2. New Law Violations:

On September 3, 2014, the defendant was ordered to obey all federal, state and local laws.

On November 16, 2014, the defendant was convicted of California Penal Code Section 647(h)- loitering.

On April 6, 2015, the defendant was convicted of California Penal Code Section 602(o)- refusing to leave land occupied by another..

On December 31, 2014, defendant was convicted of Driving Faster Than 65 MPH on a Highway (CVC § 22349(A)).

RE: **NOE MURILLO CHAVEZ**  **Docket Number:** 1: 14-MJ-00112 SAB

I declare under penalty of perjury that the following is true and correct.

**EXECUTED ON:**
Fresno, California

Respectfully submitted,

_____
**BRIAN J. BEDROSIAN**
**Supervising United States Probation Officer**
Telephone: 559-499-5700

DATED: 5/7/15

Reviewed by,

_____
**TIM MECHEM**
**Supervising United States Probation Officer**

PROB 12C
(07/13)

RE: **NOE MURILLO CHAVEZ**          **Docket Number:** 1: 14-MJ-00112 SAB

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The issuance of a warrant.

☐ The issuance of a summons (copy to Defense Counsel).

☒ Other: Defendant shall appear at his status review hearing on May 7, 2015 at 10:00 am.

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

☐ Defendant is ordered detained, to be brought before Magistrate Judge forthwith.

☐ Initial appearance and detention hearing before Magistrate Judge.

IT IS SO ORDERED.

DATED:  May 7, 2015

                                   _____
                                   **STANLEY A. BOONE**
                                   **United States Magistrate Judge**